UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARY THERESA SCOTT, )<br>    Appellant, )<br>)<br>  v. )<br>)<br>METROPOLITAN HEALTH CORPORATION )<br>d/b/a METROPOLITAN HOSPITAL and )<br>MICHAEL FAAS, )<br>    Appellees. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-383-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Bankruptcy Court's Order allowing summary judgment in favor of Metropolitan on the issue of the dischargeability of the sanctions award, February 17, 2011 Bankruptcy Court Order, Case No. 10-00794-8-JRL, and the order denying reconsideration, June 6, 2011 Bankruptcy Court Order, Case No. 10-00794-8-JRL, are AFFIRMED. The case is REMANDED to the Bankruptcy Court for the Eastern District of North Carolina for proceedings consistent with this opinion. The court dispenses with oral argument because the facts and legal issues are adequately presented in the briefs and record and the decisional process would not be significantly aided by argument. Fed. R. Bankr. P. 8012.

**This Judgment Filed and Entered on August 23, 2013, and Copies To:**

Pamela W. McAfee (via CM/ECF Notice of Electronic Filing)
Laura J. Wetsch (via CM/ECF Notice of Electronic Filing)
Edward L. Embree, III (via CM/ECF Notice of Electronic Filing)
Luis M. Lluberas-Oliver (100 N. Tryon St., Suite 4700, Charlotte, NC 28202-4003)

DATE                                              JULIE A. RICHARDS, CLERK
August 23, 2013                            /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk